1044

CITIZENS FOR ACCOUNTABLE GOVERNMENT IN EGLON AND HANSVILLE, *Appellant*, v. KITSAP COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-13027-0, John A. McCarthy, J., entered February 10, 2009. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

*In the Matter of the Marriage of* JENNIFER JOHNSON, *Respondent*, and ANTOINE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-3-00481-2, Gordon Godfrey, J., entered February 17, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR JESSE CHURCHILL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-00838-7, Carol Murphy, J., entered March 17, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ROSE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-8-00264-9, Douglas G. Anderson, J. Pro Tem., entered July 22, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.